IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHUNDRIKA WILLIAMS,
KAWANZASIS HENDERSON,
and CIARA McCOY,

      Plaintiffs,

v.                                   CASE NO. 4:13-cv-377-MW/CAS

CAPITAL CITY BANK,

      Defendants.

_____/

## ORDER GRANTING DISMISSAL OF
## CLAIMS BY PLAINTIFF KAWANZASIS HENDERSON

The Court has considered, without hearing, the Stipulation of Dismissal with Prejudice, ECF No. 11, of all claims of Plaintiff, Kawanzasis Henderson. The Court **approves** the stipulation. Accordingly,

IT IS ORDERED:

The Clerk shall enter judgment stating, "All claims brought in this action by Plaintiff, **Kawanzasis Henderson**, are hereby **dismissed with prejudice.** Each party shall bear its own costs and fees. The claims of Plaintiffs, Shundrika Williams and Ciara McCoy, shall remain in full force and effect and are not

1

intended to be affected by the dismissal of the claims of Plaintiff Kawanzasis Henderson."

**SO ORDERED on March 17, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
