IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHUNDRIKA WILLIAMS
and CIARA McCOY,

    Plaintiffs,

v.                                           CASE NO.  4:13-cv-377-MW/CAS

CAPITAL CITY BANK,

    Defendant.

_____/

ORDER GRANTING EXTENSION OF TIME
TO COMMENCE FIRST MEDIATION CONFERENCE

This Court has considered, without hearing, the Joint Motion for Extension of Time to Commence First Mediation Conference, ECF No. 14, filed March 28, 2014.  The motion is **GRANTED**.  The first mediation conference shall be held on or before **April 23, 2014**.

SO ORDERED on April 2, 2014.

                                                      s/Mark E. Walker_____
                                                      **United States District Judge**